SOMBRERO HOLDINGS
Mark A. Manning
1152 98th Ave
Oakland, CA. 94603

**FILED**
2011 JUL -5 P 3: 24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMBRERO HOLDINGS<br>MARK A MANNING, Pro se<br><br>        Plaintiff,<br><br>    vs.<br><br>AURORA LOAN SERVICES, LLC.;<br>MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS, INC; GREENPOINT MORTGAGE<br>FUNDING, INC; QUALITY LOAN SERVICE<br>CORPORATION; CONTRA COSTA SHERIFF'S<br>DEPARTMENT CIVIL UNIT; and JOHN DOES;<br>(Investors) 1-10,000<br><br>        Defendants | Case No.: C 11-01203 SI<br><br>PLAINTIFF'S NOTICE OF DISMISSAL<br><br>IT IS SO ORDERED<br>/s/ Susan Illston<br>Judge Susan Illston |

Plaintiff respectfully requests to have this case dismissed pursuant to Federal Rules of Civil Procedure Rule 41(a)(1). This is due to medical situations, the amount of time needed for this action and new gained information regarding this matter. We understand according to FRCP Rule 41(a)(1) this is dismissed without prejudice.

Respectfully Submitted,

Dated this 5th day of July

By: _Mark-A. Manning/ agent_
     Mark-A; Manning, Pro se

[Plaintiff's Notice of Dismissal] - 1